IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 1 2008

GREGORY C. LANGHAM
CLERK

'08 - CV - 00882 $\beta n \beta$

Civil Action No. _____
(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

BRO. EDWARD J. X. (FORD), JR., and
OTHER B.O.P. PRISONERS,

     Plaintiffs,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director,
SARA REVELL, Warden, U.S.P. Florence,
MICHAEL MERRILL, Head Chaplain, Florence Complex,
PAUL SCHOFIELD, Food Service Administration, and
PAULA LIVINGGOOD, Food Service Assistant Administration,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Bro. Edward J. X. (Ford), Jr., has submitted a document titled "Plaintiff's

Request for an Emergency Hearing for a Preliminary Injunction and/or Temporary

Restraining Order."  He has failed to file a Prisoner Complaint and he has failed either

to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the letter is deficient as described

in this order.  Notwithstanding these deficiencies, the clerk of the court will be directed

to commence a new civil action.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
| | | |
|---|---|---|
| (1) | xx | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | __ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | __ | is missing required financial information |
| (5) | __ | is missing an original signature by the prisoner |
| (6) | __ | is not on proper form (must use the court's current form) |
| (7) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | xx | other: <u>motion is necessary only if filing fee is not paid in advance</u>. |

**Complaint, Petition or Application:**
| | | |
|---|---|---|
| (10) | xx | is not submitted |
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the prisoner |
| (13) | __ | is missing page nos. ___ |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers that Plaintiff files in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a

copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for

2

Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 29ᵗʰ day of *April*                    , 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   '08 - CV - 00882

Bro. Edward J.X. (Ford), Jr.
Reg. No. 10883-083
USP - Florence
PO Box 7000 - Unit #122L
Florence, CO 81226


     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on_____4/29/08_____


GREGORY C. LANGHAM, CLERK


By:_____
              Deputy Clerk