IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

       Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director,
SARA REVELL, Warden, U.S.P. Florence,
MICHAEL MERRILL, Head Chaplin,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

       Defendants.

## ORDER TO CURE DEFICIENCY

Babcock, Judge

       Plaintiff submitted "Appellant's Request For Summary Reversal" which is being treated as a Misdirected Notice of Appeal on July 30, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
        X    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        X    is not submitted
        ___  is missing affidavit
        ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
        ___  is missing required financial information
        ___  is missing an original signature by the prisoner

1

    __ is not on proper form (must use the court's current form)
    __ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  4th  day of August, 2008.

BY THE COURT:

s/Lewis T. Babcock
_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO