IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Amend Pursuant to Rule 15(a) F.R.C.P.** [Doc. #30] (the "Motion"). The plaintiff seeks leave to amend or supplement his Complaint "to cure the deficiencies therein."

On July 30, 2008, the plaintiff filed a notice of appeal in the circuit court [Doc. #14]. The plaintiff is appealing an order in which his requests for injunctive relief were denied [Doc. #8]. The plaintiff's requests for injunctive relief [Docs. #2 and #6] involve the issues presented in the plaintiff's Complaint.

"In general, filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal." Marrese v. American Academy of Orthopaedic Surgeons, 470 U.S. 373, 379 (1985). Because the issues presented in plaintiff's appeal involve the allegations of his Complaint, this Court lost

jurisdiction over the plaintiffs' Complaint after he filed his notice of appeal. Accordingly, this Court does not have jurisdiction to rule on the plaintiff's motion to amend the Complaint.

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE for lack of jurisdiction.

Dated September 18, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge