IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's proposed amended complaint [Doc. #35]. For the reasons stated in my Order [Doc. #32] issued on September 18, 2008,

IT IS ORDERED that the proposed amended complaint is STRICKEN.

Dated September 25, 2008.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge