IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for Reconsideration of Plaintiff's Motion to Amend the Original Complaint Pursuant to Rule 15(a) F.R.C.P.** [Doc. #43, filed 10/14/08] (the "Motion").  The Motion is DENIED.

On July 30, 2008, the plaintiff filed a notice of appeal in the circuit court [Doc. #14].  On September 10, 2008, while his appeal was pending in the circuit court, the plaintiff sought leave to amend his Complaint [Doc. #30].  Because the plaintiff's appeal involved the issues presented in his Complaint, I denied without prejudice the plaintiff's motion to amend his complaint pursuant to Marrese v. American Academy of Orthopaedic Surgeons, 470 U.S. 373, 379 (1985) (stating that "[i]n general, filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal") [Doc. #32].  The proposed amended complaint was stricken [Doc. #35].

On September 26, 2008, the circuit court dismissed the plaintiff's appeal [Doc. #37]. The plaintiff now requests that I reconsider his motion to amend the Complaint.

I find no basis to reconsider the plaintiff's motion to amend. The motion to amend was denied on a sound basis, and the proposed amended complaint was stricken. I note, however, that the motion to amend was denied without prejudice. Therefore, the plaintiff is not prohibited from filing another motion to amend and another proposed amended complaint. I further note that the plaintiff's proposed amended complaint was not submitted on the Court's Prisoner Complaint form. Under the rules of this court, "[a] *pro se* party shall use the forms established by this court to file an action." D.C.COLO.LCivR 8.1.

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail to the plaintiff, together with a copy of this Order, a copy of the Court's Prisoner Complaint form.

Dated November 7, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge