IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

Defendants.

_____

**ORDER**

_____

This matter is before me on **Plaintiff's Motion to Amend Pursuant to Rule 15(a)**

**F.R.C.P.** [Doc. #47] (the "Motion").  The plaintiff seeks leave to file an amended complaint.

The defendants do not oppose the plaintiff's Motion [Doc. #49].

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court shall accept the

amended complaint [Doc. #47-2] for filing.

Dated December 15, 2008.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge