IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

Defendants.
_____

**ORDER**
_____

This matter is before me on a letter filed by Lawrence Johnson [Doc. #68, filed 10/02/2009] (the "Letter").  Mr. Johnson requests that he be added as a plaintiff in this action. The request is DENIED.

The plaintiff may not amend his Amended Prisoner Complaint in this manner.  When seeking leave of the court to amend a complaint, the plaintiff must file a motion to amend which details the proposed amendments and the reasons why such amendments are necessary.  In addition, the plaintiff must attach the proposed second amended complaint to the motion.  The plaintiff may not incorporate by reference his Amended Complaint into the second amended complaint.  The second amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims.  <u>Mink v. Suthers</u>, 482 F.3d 1244, 1254 (10th Cir. 2007) (stating that "an amended complaint supercedes an original complaint and renders the original complaint without legal

effect") (internal quotations and citations omitted).

      IT IS ORDERED that the Mr. Johnson's request is DENIED.

      Dated October 8, 2009.

                          BY THE COURT:

                          s/ Boyd N. Boland
                          United States Magistrate Judge