**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

    Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

    Defendants.

___

**ORDER**
___

This case is before me on "Plaintiff's Objections to the Magistrates Order Not to Accept Plaintiff's Second Amended Complaint" (Doc 82) and "Plaintiff's Motion for Reconsideration of Plaintiff's Motion for Appointment of Counsel" (Doc 81). Review is pursuant to Fed.R.Civ.P. 72(a) to determine whether the Magistrate Judge's orders were either clearly erroneous or contrary to law. Upon my review of the file and record in this case, I cannot conclude that the Magistrate Judge's orders were either clearly erroneous or contrary to law. Accordingly

IT IS ORDERED that "Plaintiff's Objections to the Magistrates Order Not to Accept Plaintiff's Second Amended Complaint" (Doc 82) is DENIED.

IT IS FURTHER ORDERED that "Plaintiff's Motion for Reconsideration of Plaintiff's Motion for Appointment of Counsel" (Doc 81) is DENIED.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   April 21, 2010