IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director,
SARA REVELL, Warden, U.S.P. Florence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion for Leave to Take Deposition and Motion to Shorten Time to Notice Deposition** [docket no. 96, filed October 7, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Defendants are hereby granted leave to take plaintiff's deposition pursuant to Fed.R.Civ.P. 30(a)(2)(B) at the Federal Correctional Institution - Schuylkill, The time for noticing the deposition is shortened to five (5) days.


DATED: October 12, 2010