IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director,
SARA REVELL, Warden, U.S.P. Florence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the plaintiff's request [Doc. #130, filed 05/11/2011] to withdraw his previously-filed motion for extension of time [Doc. #128, filed 05/09/2011].

IT IS ORDERED that the plaintiff's request [Doc. #130] is GRANTED and his motion for extension of time [Doc. #128] is DENIED AS WITHDRAWN.

DATED:  May 24, 2011