IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendants' Motion to Strike Docket Number 117** [Doc. #118, filed 04/13/2011] (the "Motion"). The defendants seek an order striking the plaintiff's traverse [Doc. #117] to their motion to dismiss [Doc. #101]. Separately, I have recommended that the motion to dismiss be denied as moot. Therefore, the plaintiff's traverse and this motion are moot. Accordingly,

IT IS ORDERED that the Motion [Doc./ # 118] is DENIED AS MOOT.

Dated May 24, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1