**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

      Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

      Defendants.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on May 24, 2011 (Doc 135).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Defendant's Motion to Dismiss (Doc 101) is DENIED AS MOOT.

                              BY THE COURT:


                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   June 10, 2011