**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-00882-LTB-BNB

BRO. EDWARD J.X. (FORD), JR.,

      Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPIN, Director,
SARA REVELL, Warden, U.S.P. Florrence,
MICHAEL MERRILL, Head Chaplain,
PAUL SCHOFIELD, Food Service Administrator, and
PAULA LIVINGGOOD, Food Service Assistant Administrator,

      Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on May 24, 2011 (Doc 137).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Defendant's Motion to Strike Docket Number 120 and Motion for Order that Briefing on Dispositive Motions is Closed (Doc 122) is GRANTED and Plaintiff's Motion for Summary Judgment (Doc 120) is STRICKEN.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   June 10, 2011